# United States Court of Appeals
### For the Eighth Circuit

_____

No. 11-3789
_____

Rancho Holdings, LLC

*Plaintiff - Appellee*

v.

Manzanillo Associates, LTD; T. F. Stone Companies, Inc.

*Defendant*s

Tommy Fitzgerald Stone, I

*Defendant - Appellant*

Bruce Martin Myers

*Defendant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: October 8, 2012
Filed: October 15, 2012
[Unpublished]

_____

Before WOLLMAN, MELLOY, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Tommy Stone, proceeding pro se, appeals the district court's[1] adverse grant of summary judgment in this declaratory judgment action based on a contract dispute.[2] Upon careful de novo review, see Eng v. Cummings, McClorey, Davis & Ancho, PLC, 611 F.3d 428, 432 (8th Cir. 2010) (standard of review), we find no basis for reversal, and we affirm, see 8th Cir. R. 47B.

———————————————

[1]The Honorable John T. Maughmer, United States Magistrate Judge for the Western District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

[2]As Stone is proceeding pro se on appeal, we note that he represents only himself in this matter. See Rowland v. Cal. Men's Colony, 506 U.S. 194, 201-02 (1993) (corporations, partnerships, or associations cannot appear in federal court other than through licensed attorney).